*26-000048461*

LISA GENZER AND ROBERT W SIMMONS

**CASE #:**    **2026-CA-002612-O**
**COURT:**   **9TH JUDICIAL CIRCUIT**
**COUNTY:**  **ORANGE**

PLAINTIFF(S)

**DFS-SOP #: 26-000048461**

VS.

WESTFIELD INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, COVER SHEET, NOTICE OF EMAIL, ORDER

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the of the State of Florida's Department of Financial Services. Said process was received by ELECTRONIC DELIVERY on Monday, March 16, 2026 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, March 17, 2026 to the designated agent for the named entity as shown below.

WESTFIELD INSURANCE COMPANY

LYNETTE COLEMAN

1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

LEO A. MANZANILLA
PRESIDENT
M.S.P.G. LAW GROUP, PA
770 PONCE DE LEON BLVD
SUITE 101
CORAL GABLES, FL 33134

BL1



Filing # 243424258 E-Filed 03/10/2026 10:06:33 AM

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: __2026-CA-002612-O__

LISA GENZER AND ROBERT W SIMMONS,

       Plaintiffs,

vs.

WESTFIELD INSURANCE COMPANY,

       Defendant,

_____/

## CIVIL ACTION SUMMONS

To All and Singular Sheriffs of the State:

YOU ARE HEREBY COMMANDED to serve this summons, notice of designation of e-mail addresses, a copy of the Complaint, Request for Production, Request for Admissions and Initial Interrogatories in the above styled cause upon the Defendant:

**WESTFIELD INSURANCE COMPANY,** by serving its registered agent:
**CHIEF FINANCIAL OFFICER**
**200 EAST GAINES STREET**
**TALLAHASSEE, FL 32399**

Each Defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney whose address is:

**M.S.P.G. LAW GROUP, PA**
**770 PONCE DE LEON BLVD, SUITE 101**
**CORAL GABLES, FL 33134**

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

WITNESS my hand and the seal of said Court on this ___12__ day of ____march__, 2026.

Tiffany Moore Russell, Clerk of Courts

*/s/ Charlotte Appline*

Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

Case 6:26-cv-00744-JA-NWH    Document 1-1    Filed 04/06/26    Page 3 of 6 PageID 12

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

LISA GENZER AND ROBERT W SIMMONS,

      Plaintiffs,

vs.

WESTFIELD INSURANCE COMPANY,

      Defendant,

_____/

## COMPLAINT FOR DAMAGES

COME NOW the Plaintiffs, LISA GENZER AND ROBERT W SIMMONS, (hereinafter referred to as the "Plaintiffs") by and through their undersigned counsel and files their complaint for damages against the Defendant, WESTFIELD INSURANCE COMPANY (hereinafter referred to as "Defendant") and states the following:

## PARTIES, JURISDICTION & VENUE

1. This is an action for damages that exceeds Fifty Thousand Dollars ($50,000), exclusive of interest, costs and attorneys' fees.

2. Defendant is a Florida Corporation, organized and existing under the laws of Florida, qualified to do business in Florida, and has at all times material hereto conducting business in Orange County, Florida.

3. Venue is Proper in Orange County, Florida because the contract, which forms the subject matter of this lawsuit, was executed in Orange County, Florida, the subject property is located in Orange County, Florida and Defendant has engaged in substantial and not isolated activity within Orange County, Florida pursuant to Fla. Stat. §48.193 (2).

1

4.     All conditions precedent to the filing of this lawsuit have occurred, have been waived, or have been performed.

## GENERAL ALLEGATIONS

5.     At all times material hereto, in consideration of a premium paid by Plaintiffs, there were in full force and effect a certain homeowners insurance policy issued by Defendant with a policy number of CWP 0375227 (hereinafter referred to as "Policy").

6.     Plaintiffs are not in possession of a full copy of the insurance policy sued upon herein and are therefore unable to attach a copy of the entire policy that forms the basis of the Complaint. However, Plaintiffs hereby incorporate by reference the insurance policy pursuant to Fla. R. Civ. P. 1.350(a). A copy of the Policy will be obtained via Discovery.

7.     Accordingly, under the terms of the Policy, the Defendant agreed to provide insurance coverage to Plaintiffs property against certain losses. The damaged property is located at 2113 West Fairbanks Avenue, Winter Park, Orange County, FL 32789-3814 (hereinafter referred to as "Property").

8.     On or about October 09, 2024, while the Policy was in full force and effect, the Property sustained damages due to Hurricane Milton (hereinafter referred to as "Loss") a covered peril under the policy. The high winds and rain produced by Hurricane Milton damaged the roof causing water leaks throughout the home. The damage includes but is not limited to the roof, exterior, 2113-unit1, 2113-unit 2, 2117, 2121, and general items.

9.     Shortly thereafter Plaintiffs reported the Loss to the Defendant.

10.    Accordingly, Defendant assigned claim number 0002680292 and inspected the Property.

11.    Subsequently, Defendant failed to adequately indemnify Plaintiffs for the Loss.

12.     By its failure to tender an appropriate amount to repair the Property, Defendant has materially breached the Policy.

13.     Defendant has failed to properly indemnify Plaintiffs for their losses stemming from the Loss.

14.     Plaintiffs have suffered and continue to suffer damages resulting from Defendant's breach of the Policy.

15.     Plaintiffs were obligated to retain the undersigned attorneys for the prosecution of this action and are entitled to reasonable attorneys' fees pursuant to Fla. Stat. §627.70152.

## COUNT I
## BREACH OF CONTRACT

Plaintiffs reincorporate paragraphs 1 through 15 as if fully set forth herein.

16.     It is undisputed that Plaintiffs and Defendant entered into a written contract, the Policy, wherein Plaintiffs agreed to pay a premium in exchange Defendant agreed to insure the Property.

17.     Plaintiffs have paid all premiums due and owing as contemplated by the Policy, thus, fully performing their obligation under the Policy.

18.     Further, at all times material hereto, Plaintiffs have satisfied all post-loss obligations accorded in the Policy, including but not limited to: (i) promptly reporting the Loss to Defendant; (ii) providing all documents in their possession and control; and (iii) making the property available for inspection.

19.     Defendant has failed to properly indemnify Plaintiffs for their losses stemming from the covered peril.

20.     As a result of the foregoing, Defendant has breached the Policy.

3

21.     As a direct and proximate result of Defendant's breach of the Policy, Plaintiffs have sustained damages.

22. Due to Defendant's breach of the insurance policy, Plaintiff has incurred attorney's fees and costs and, as such, is also claiming damages pursuant to Fla. Stat. 57.041.

WHEREFORE, the Plaintiffs, LISA GENZER AND ROBERT W SIMMONS, hereby demand judgment against the Defendant, WESTFIELD INSURANCE COMPANY, for damages, plus interest, court costs and reasonable attorneys' fees pursuant to Florida Statute §627.70152, and that the drafts for insurance proceeds comply with Fla. Stat. § 627.70152.

## **DEMAND FOR JURY TRIAL**

The Plaintiffs demand a trial by jury of all issues so triable.

Dated this 10th day of March, 2026.

M.S.P.G. LAW GROUP, PA
Attorney for the Plaintiffs
770 Ponce de Leon Blvd., Suite 101
Coral Gables, FL 33134
Telephone:  305-444-1887
Facsimile:  305-666-8427

By:  */s/ Leo A. Manzanilla, Esq.*
    LEO A. MANZANILLA, ESQ.
    FLA BAR NO.: 0652921
    For Service Document Only:
    Service@mspglawgroup.com

4